# Court of Appeals
# of the State of Georgia

ATLANTA,  September 01, 2022

*The Court of Appeals hereby passes the following order:*

**A23A0172. CHERYL AMANDA SMITH v. MICHAEL SHANE BAKER.**

Michael Shane Baker filed a petition for contempt against Cheryl Amanda Smith, asserting she had wilfully failed to pay child support as required by a June 2018 order. The trial court entered an order on January 28, 2022, finding Smith in contempt, and Smith appeals. We, however, lack jurisdiction.

Appeals from orders in domestic relations cases, including orders holding or declining to hold persons in contempt, must be pursued by discretionary application. See OCGA § 5-6-35 (a) (2). "[C]ompliance with the discretionary appeals procedure is jurisdictional." *Fabe v. Floyd*, 199 Ga. App. 322, 332 (1) (405 SE2d 265) (1991). Although OCGA § 5-6-34 (a) (11) permits a direct appeal from child custody rulings issued in child custody cases, the order at issue in this appeal does not include any child custody rulings, so it does not fall within the scope of this provision. See *Voyles v. Voyles*, 301 Ga. 44, 47 (799 SE2d 160) (2017). Smith's failure to follow the discretionary appeal procedure deprives us of jurisdiction over this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,  09/01/2022*

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , *Clerk.*